IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY D. ELSTER,<br><br>    Petitioner,<br><br>  v.<br><br>JILL BROWN, Warden,<br><br>    Respondent. | No. C 04-2383 WHA (PR)<br><br>**DENIAL OF CERTIFICATE OF APPEALABILITY** |

This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. The petition was denied in a ruling entered on September 27, 2006. On October 19, 2006, he filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal. Although he does not request a certificate of appealability, the notice of appeal will be deemed a request for the certificate. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable

jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

The petition was denied because there were a number of factors in addition to the nature of the offense to support the denied of parole – for instance, petitioner had been convicted of manufacturing and possessing a weapon while in prison. Reasonable jurists would not find the result here debatable or wrong. The certificate of appealability implied from the notice of appeal is **DENIED**. Petitioner's motion to proceed in forma pauperis on appeal (document number 18) is **DENIED**.

The clerk shall transmit the file, including a copy of this order, to the Court of Appeals. *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see* R.App.P. 22(b)(2). He may also ask the court of appeals to permit him to proceed IFP on appeal.

**IT IS SO ORDERED.**

Dated: October  25 , 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.04\ELSTER383.COA

2